ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-782-6000
Facsimile: 415-241-7340
E-Mail: adam@gasnerlaw.com

Attorney for Defendant
MEGHAN GRUDZIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-00059 EMC <br> CR-~~3-13-70022 LB~~ |
| Plaintiff, | STIPULATION TO TRAVEL AND [~~PROPOSED~~] ORDER. |
| v. | |
| MEGHAN GRUDZIEN, | |
| Defendant. | |

The parties stipulate as follows:

1. Defendant MEGHAN GRUDZIEN wishes to travel to Los Angeles, California in order to participate in two photo sessions and business meetings related to her modeling career. Ms. Grudzien's trip to Los Angeles will extend from May 24, 2013 through May 26, 2013.

2. U.S. Pretrial Services has no objection.

3. The United States has no objection.

| | | |
|---|---|---|
| DATED: May 10, 2013 | | _____ |
| | | Adam G. Gasner, Esq. |
| | | Attorney for Defendant |
| | | MEGHAN GRUDZIEN |

DATED: May 10, 2013                              _____
                                                 Adam Wright, Esq.
                                                 Attorney for Plaintiff
                                                 UNITED STATES

## ORDER

FOR GOOD CAUSE SHOWN,

It is hereby ordered that Defendant Meghan Grudzien shall be permitted to travel to Los Angeles, California to participate in photo sessions and business meetings connected to her career as a professional model from May 24, 2013 through May 26, 2013. She shall notify her Pretrial Services Officer immediately upon her return from Los Angeles.

DATED: May  15 , 2013                            _____
                                                 HON. LAUREL BEELER
                                                 U.S. MAG. JUDGE