ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-782-6000
Facsimile: 415-241-7340
E-Mail: adam@gasnerlaw.com

Attorney for Defendant
MEGHAN GRUDZIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MEGHAN GRUDZIEN, <br><br> Defendant. | No. CR 13-0059 EMC <br><br><br> STIPULATION TO TRAVEL AND [PROPOSED] ORDER. |

The parties stipulate as follows:

1. Defendant MEGHAN GRUDZIEN wishes to travel to Lake Orion, Michigan in order to visit her mother and grandmother. Ms. Grudzien's mother and grandmother reside together at 943 Pinery Boulevard, Lake Orion, Michigan 48362. Ms. Grudzien's trip to Michigan will extend from July 3, 2013 through July 10, 2013.

2. U.S. Pretrial Services has no objection.

3. The United States of America has no objection.

DATED: June 18, 2013

_Adam G. Gasner_
Adam G. Gasner, Esq.
Attorney for Defendant
MEGHAN GRUDZIEN

DATED: June ___, 2013

_____
Adam Wright, Esq.
Attorney for Plaintiff
UNITED STATES OF AMERICA

# ORDER

FOR GOOD CAUSE SHOWN,

It is hereby ordered that defendant Meghan Grudzien shall be permitted to travel to Lake Orion, Michigan to visit her family from July 3, 2013 through July 10, 2013. She shall notify her Pretrial Services Officer immediately upon her return from California.

DATED: June 28, 2013

_LB_
HON. LAUREL BEELER
U.S. DISTRICT COURT